No. 94–8063. LANHAM *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–8064. LISKIEWICZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8068. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8069. WARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8071. KEITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8072. KELLY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8073. BURNEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8075. ELROD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8076. GRAJALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8079. HINES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8082. BUNGE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8083. BILLOPS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8085. BARLOW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8087. HALL *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 94–8089. FLYNN *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 94–8090. GEORGESCU *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.